IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HOLDEN, | ) | |
| | ) | CASE NO. 1:12-cv-02305 |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | JUDGMENT ENTRY |
| | ) | |
|     Defendants. | ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Defendant's Motion for Summary Judgment is granted (ECF No. 13) and the case is dismissed with prejudice.

IT IS SO ORDERED.

                                                s/ Greg White
                                                United States Magistrate Judge

Date: April 29, 2013